**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM PLUMMER, | : | Civil No. 1:23-CV-00892 |
| Plaintiff, | : | |
| v. | : | |
| DR. ANDREW DANCHA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW,** this 27th day of October 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The Clerk of the Court is directed to file the proposed attachment to the third amended complaint, Doc. 72-2, as an attachment to the third amended complaint, Doc. 80.

2. Defendants' motion for summary judgment, Doc. 139, is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in **FAVOR** of Defendants.

4. Plaintiff's motion in response to Defendants' motion for summary judgment, Doc. 154, is **DENIED**.

5. Defendants' motion to vacate the scheduling order in this action, Doc. 158, is **GRANTED**.

6. The court's scheduling order, Doc. 132, is hereby **VACATED**.

7. The Clerk of the Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania